The judgment of the trial court is affirmed.

Hoffman, J., concurs;

Garrard, P.J., concurs in result.

NOTE—Reported at 382 N.E.2d 1002.

IN THE MATTER OF ESTATE OF
MARTHA ELLEN GARWOOD, DECEASED.

[No. 2-1075A295. Filed November 30, 1978.
Transfer granted February 5, 1980.]

UNITED FARM BUREAU MUTUAL INSURANCE
COMPANY *v.* BRUCE R. RUNNELS

[No. 1-378A55. Filed November 30, 1978.]